COMMERCIAL FINANCIAL SERVICES, INC., by Lloyd T. Whitaker, Trustee of the ABS Liquidating Trust, Representative and Attorney–in–Fact for Commercial, Plaintiff–Appellant,

v.

GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, Ohio Casualty Insurance Company, Westchester Fire Insurance Company, Defendants–Appellees.

No. 03–7693.

United States Court of Appeals, Second Circuit.

Feb. 24, 2004.

Walter P. Loughlin, Latham & Watkins, New York City, for Appellant.

Noah Nunberg, L'Abbate, Balkan, Colavita & Contini, New York City, for Appellees Great American Ins. Co. of New York and Ohio Casualty Ins. Co.

James J. Duggan, Lustig & Brown, New York City, for Appellee, Westchester Fire Ins. Co.

Present: KEARSE, POOLER, Circuit Judges, and UNDERHILL, District Judge.*

### SUMMARY ORDER

This cause came on to be heard on the record from the United States District Court for the Southern District of New York, and was argued by counsel.

ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the judgment of said District Court be and it hereby is modified to provide that the dismissal of the complaint is without prejudice and that plaintiff may file an amended complaint within 20 days after the issuance of the mandate herein or by such other date as the district court shall set; and as modified, the judgment is affirmed.

* Honorable Stefan R. Underhill, of the United States District Court for the District of Connecticut, sitting by designation.